Printed on: 02/23/2015　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2014 to 12/31/2014
**Case Number: 12-30246 (GMB)**

Ronald Boatright
12 Mc Cay Way
Riverside, NJ  08075

Monthly Payment: $400.00
Payments / Month: 1
Current Trustee Comp.: 6.30%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/28/2014 | $381.00 | 03/03/2014 | $400.00 | 04/02/2014 | $400.00 | 05/06/2014 | $400.00 |
| 06/10/2014 | $380.00 | 07/08/2014 | $400.00 | 08/08/2014 | $380.00 | 09/09/2014 | $400.00 |
| 10/15/2014 | $400.00 | 11/12/2014 | $400.00 | 12/08/2014 | $400.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RONALD BOATRIGHT | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $2,774.00 | $2,774.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 3 | APOTHAKER & ASSOCIATES, P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | APOTHAKER & ASSOCIATES, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ATLANTIC PALACE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA, N.A. | 33 | $12,162.96 | $105.86 | $12,057.10 | $0.00 |
| 7 | AZUREA I, LLC | 33 | $990.79 | $0.00 | $990.79 | $0.00 |
| 8 | CAPITAL ONE BANK USA, N.A. | 33 | $5,701.97 | $49.63 | $5,652.34 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,732.75 | $41.20 | $4,691.55 | $0.00 |
| 10 | Chase- Bp | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CITIBANK USA (HOME DEPOT) | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CREDIT FIRST, N.A. | 33 | $926.21 | $0.00 | $926.21 | $0.00 |
| 13 | DSNB MACYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | EICHENBAUM & STYLIANOU, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | EQUIANT FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MIDLAND FUNDING, LLC | 33 | $8,882.73 | $77.31 | $8,805.42 | $0.00 |
| 18 | Gemb/lowes | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | QUANTUM3 GROUP, LLC | 33 | $679.50 | $0.00 | $679.50 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,844.64 | $33.47 | $3,811.17 | $0.00 |
| 22 | J.C. CHRISTENSEN & ASSOCIATES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | M And T Bank | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | AMERICAN INFOSOURCE, LP | 33 | $4,630.37 | $40.31 | $4,590.06 | $0.00 |
| 29 | NATIONAL RECOVERY AGENCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | NELSON WATSON & ASSOCIATES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | NELSON, WATSON & ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | NUDELMAN, KLEMM & GOLUB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | PSE&G | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 38 | PRECISION RECOVERY ANALYTICS, INC | 33 | $2,766.57 | $24.08 | $2,742.49 | $0.00 |
| 39 | Sears/cbsd | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | STATE OF NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | THE LAW OFFICE OF EDWIN A. ABRAMSEN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | AMERICAN INFOSOURCE, LP | 33 | $224.98 | $0.00 | $224.98 | $0.00 |
| 43 | AMERICAN INFOSOURCE, LP | 33 | $325.60 | $0.00 | $325.60 | $0.00 |
| 44 | WELLS FARGO BANK, N.A. | 24 | $162.23 | $162.23 | $0.00 | $121.73 |
| 45 | DELL FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | SELENE FINANCE, LP | 24 | $5,671.45 | $5,671.45 | $0.00 | $4,273.95 |
| 47 | WYNDHAM VACATION RESORTS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | ZWICKER & ASSOCIATES, P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | BANK OF AMERICA, N.A. | 33 | $2,740.14 | $23.85 | $2,716.29 | $0.00 |
| 52 | Bank Of America | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | Bank Of America | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | CAPITAL ONE BANK USA, N.A. | 33 | $3,132.61 | $27.27 | $3,105.34 | $0.00 |
| 55 | ADVANTAGE ASSETS II, INC. | 33 | $9,446.66 | $82.22 | $9,364.44 | $0.00 |
| 56 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2012 | 8.00 | $0.00 |
| 05/01/2013 | Paid to Date | $2,800.00 |
| 06/01/2013 | 37.00 | $400.00 |
| 07/01/2016 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,341.00 |
| Total paid to creditors this period: | $4,395.68 |
| Undistributed Funds on Hand: | $383.45 |
| Arrearages: | $612.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**